B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   Probe Resources US Ltd.
Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bcm Production Services Llc<br>2418 Misty Wood St<br>Lake Charles, LA 70605 | Bcm Production Services Llc<br>2418 Misty Wood St<br>Lake Charles, LA 70605 | | | 8,068.50 |
| BOEMRE<br>1201 Elmwood Park Blvd.<br>New Orleans, LA 70123-2394 | BOEMRE<br>1201 Elmwood Park Blvd.<br>New Orleans, LA 70123-2394 | | | 19,694.00 |
| Ene Consultants Llc<br>1246 Third St<br>Gibsland, LA 71028 | Ene Consultants Llc<br>1246 Third St<br>Gibsland, LA 71028 | | | 4,830.00 |
| Energy Resource Technology Gom, Inc<br>Po Box 4346, Dept 354<br>Houston, TX 77210-4346 | Energy Resource Technology Gom, Inc<br>Po Box 4346, Dept 354<br>Houston, TX 77210-4346 | | | 10,000.00 |
| Fire & Safety Specialists<br>Po Box 60639<br>Lafayette, LA 70596 | Fire & Safety Specialists<br>Po Box 60639<br>Lafayette, LA 70596 | | | 674.93 |
| Panther Interstate Pipeline Energy Llc<br>14405 Walters Rd., Suite 960<br>Houston, TX 77014 | Panther Interstate Pipeline Energy Llc<br>14405 Walters Rd., Suite 960<br>Houston, TX 77014 | | | 11,230.31 |
| Quality Oilfield Llc<br>Po Box 17170<br>Lake Charles, LA 70616 | Quality Oilfield Llc<br>Po Box 17170<br>Lake Charles, LA 70616 | | | 26,000.00 |
| Republic Petroleum Llc<br>2425 West Loop South, Suite 200<br>Houston, TX 77027 | Republic Petroleum Llc<br>2425 West Loop South, Suite 200<br>Houston, TX 77027 | | | 485.93 |
| Rooster Petroleum Llc<br>16285 Park Ten Place, Suite 120<br>Houston, TX 77084 | Rooster Petroleum Llc<br>16285 Park Ten Place, Suite 120<br>Houston, TX 77084 | | | 34,502.41 |
| Sempcheck<br>Po Box 273274<br>Houston, TX 77277-3274 | Sempcheck<br>Po Box 273274<br>Houston, TX 77277-3274 | | | 474.50 |

B4 (Official Form 4) (12/07) - Cont.

In re  Probe Resources US Ltd.
           Debtor(s)

Case No.  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Sonoco<br>Po Drawer 4319<br>Houma, LA 70361 | Sonoco<br>Po Drawer 4319<br>Houma, LA 70361 | | | 864.20 |
| Spl<br>Po Box 842013<br>Dallas, TX 75284-2013 | Spl<br>Po Box 842013<br>Dallas, TX 75284-2013 | | | 1,153.50 |
| Talens Marine<br>Po Box 1040<br>Lake Arthur, LA 70549 | Talens Marine<br>Po Box 1040<br>Lake Arthur, LA 70549 | | | 9,379.91 |
| Unlimited Supply Inc<br>115 Nova Dr<br>Broussard, LA 70518 | Unlimited Supply Inc<br>115 Nova Dr<br>Broussard, LA 70518 | | | 218.50 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  November 16, 2010            Signature  /s/ T. Coy Gallatin
                                              T. Coy Gallatin
                                              Chief Restructuring Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.