IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Case No.** |
| | : | **10-40395** |
| **Probe Resources US Ltd.** | : | |
|     24 Waterway, Suite 1450 | : | |
|     The Woodlands, TX 77380 | : | |
|     Tax ID #: 26-xxx0456 | : | |
| | : | |
|     **Debtor** | : | |
| | : | |
| **In re:** | : | **Chapter 11 Case No.** |
| | : | **10-40396** |
| **Probe ST 214 Ltd.** | : | |
|     24 Waterway, Suite 1450 | : | |
|     The Woodlands, TX 77380 | : | |
|     Tax ID #: 26-xxx5252 | : | |
| | : | |
|     **Debtor** | : | |
| | : | |
| **In re:** | : | **Chapter 11 Case No.** |
| | : | **10-40397** |
| **Probe High Island 115 Ltd.** | : | |
|     24 Waterway, Suite 1450 | : | |
|     The Woodlands, TX 77380 | : | |
|     Tax ID #: 26-xxx1789 | : | |
| | : | |
|     **Debtor** | : | |
| | : | |
| **In re:** | : | **Chapter 11 Case No.** |
| | : | **10-40398** |
| **Probe Resources Energy Marketing US Ltd.** | : | |
|     24 Waterway, Suite 1450 | : | |
|     The Woodlands, TX 77380 | : | |
|     Tax ID #: | : | |
| | : | |
|     **Debtor** | : | |
| | : | |

{00309978-1}

## REQUEST FOR EMERGENCY CONSIDERATION
## OF CERTAIN "FIRST DAY" MATTERS

On the date of this Request, the captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The Debtors hereby request emergency consideration of the initial case matters listed below (collectively, the "First Day Matters").

Emergency consideration of the First Day Matters is necessary so that the Debtors may continue to operate in the ordinary course of business during the pendency of these cases. Without immediate consideration, the Debtors will not have the authority to use cash collateral, pay its normal operating expenses, or undertake virtually any of the day-to-day tasks necessary for its business to operate.

1. Motion for Joint Administration of Cases

## NOTICE

Notice of this Motion has been given to: (a) the Office of the United States Trustee for the Southern District of Texas; (b) K-2 Principal Fund; (c) K2 Principal Fund, L.P.; (d) the initial Debtors; (e) Debtors' top twenty creditors as filed with the Petitions; and (f) all parties who request notices pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. In light of the nature of the relief requested, the Debtors submit that no further notice is required.

November 16, 2010.

    /s/Douglas S. Draper
Douglas S. Draper (LA Bar No. 5073)
William H. Patrick, III (LA Bar No. 10359)
Leslie A. Collins (LA Bar No. 14891)
**Heller, Draper, Hayden, Patrick & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: wpatrick@hellerdraper.com
E-mail: lcollins@hellerdraper.com

*Attorneys for the Debtors and
Debtors-in-Possession*