### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | : | **Chapter 11 Case No.** |
| | : | **10-40395** |
| **Probe Resources US Ltd.**[1] | : | |
| **24 Waterway, Suite 1450** | : | |
| **The Woodlands, TX 77380** | : | |
| **Tax ID #: 26-xxx0456** | : | |
| | : | |
| **Debtor** | : | |
| | : | |

### AFFIDAVIT IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF SUZANNE AMBROSE AND AMBROSE CONSULTING, LLC AS FINANCIAL ADVISOR <u>ON AN INTERIM BASIS AND SETTING FINAL HEARING</u>

STATE OF TEXAS            )
COUNTY OF HARRIS        )

I, Suzanne Ambrose, being duly sworn, hereby depose and say:

1.      I am the Managing Member of Ambrose Consulting, LLC ("Ambrose Consulting"), a financial advisory services firm with offices in Sugar Land, Texas. I submit this Affidavit on behalf of Ambrose Consulting (the "Affidavit") in support of the application (the "Application") of the Debtors, Probe Resources US Ltd., Probe Resources Energy Marketing US Ltd., Probe High Island 115 Ltd., and Probe ST 214 Ltd., for Entry of an Order Authorizing the Debtors' employment of Suzanne Ambrose and Ambrose Consulting, LLC, as Financial Advisor under the terms and conditions set forth in the Application. I have personal knowledge of the matters set forth herein.

---

[1]      Probe Resources Energy Marketing US Ltd., Probe High Island 115 Ltd., and Probe ST 214 Ltd. have moved for their bankruptcy cases to be jointly administered with Probe Resources US Ltd.

**<u>Disinterestedness and Eligibility</u>**

2.      In connection with the preparation of this Affidavit, I have conducted a review of my contacts with the Debtors, and certain entities holding claims against or interests in the Debtors that were made reasonably known to me by the Debtors. A listing of the parties reviewed is reflected on Exhibit A to this Affidavit.  My review consisted of a query of the parties listed on Exhibit A within an internal computer database containing names of individuals and entities that are my present or recent former clients.

3.      Based on the results of my review, neither I nor Ambrose Consulting has a relationship with any of the parties on Exhibit A in matters related to these proceedings. To the best of my knowledge, no services have been provided to these parties in interest which involve their rights in the Debtors' cases, nor in any other cases.

4.      Further, as part of my diverse practice, I appear in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' chapter 11 cases. Also, I have performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and have been represented by several attorneys and law firms, some of whom may be involved in these proceedings. In addition, I have in the past, may currently and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which I and Ambrose Consulting are to be employed, and none are in connection with these

proceedings.

5.      Ambrose received a retainer in the sum of $25,000.00 from Energy Spectrum Advisors, Inc. Of that amount $4,356.75 has been applied as payment for financial advisory services rendered and expenses incurred prepetition.  The remaining $20,643.25 will serve as security and a general retainer for financial advisory services to be rendered postpetition.  Up to and including the Petition Date, Ambrose provided prepetition services and incurred prepetition expenses in connection with the Debtors' Chapter 11 proceedings. As of the Petition Date, Ambrose believes that the Debtors do not owe Ambrose for services rendered in assisting the Debtors with preparing these cases for filing.

6.      I do not believe that I or Ambrose Consulting constitutes a "Creditor" with respect to fees and expenses of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor Ambrose Consulting, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock or membership interests.

7.      I have reviewed the list of employees within the U.S. Trustee's office in this District and neither I nor Ambrose Consulting has any connections with the U.S. Trustee or any person employed in the office of the United States Trustee for this District.

8.      As such, to the best of my knowledge, Ambrose Consulting and I are "disinterested persons" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that we:

      (a)     are not creditors, equity security holders or insiders of the Debtors;

      (b)     were not, within two years before the date of filing of the Debtors' chapter 11 petitions, directors, officers, or employees of the

Debtors; and

   (c)    do not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

In addition, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, neither I nor Ambrose Consulting holds or represents an interest adverse to the Debtors within the meaning of Section 327(a) of the Bankruptcy Code.

     9.    It is my and Ambrose Consulting's policy and intent to update and expand our ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, I will promptly file a Bankruptcy Rule 2014(a) Supplemental Affidavit.

<u>**Professional Compensation**</u>

     10.    Subject to Court approval and in accordance with the applicable provisions of title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure, applicable U.S. Trustee guidelines and the local rules of this District, Ambrose Consulting will seek payment for compensation for services as outlined in the Application for the employment of me and Ambrose Consulting.

     11.    To the best of my knowledge, a) no commitments have been made or received by me or Ambrose Consulting with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, and b) neither I nor Ambrose Consulting has an agreement with any other entity to share with such entity any compensation received by me or Ambrose Consulting in connection with these chapter 11 cases.

12.     The foregoing constitutes the statement of Ambrose Consulting pursuant to 11 U.S.C. § 328(a) and Bankruptcy Rule 2014(a).

13.     I declare under penalty of perjury that to the best of my knowledge, information and belief, and after diligent inquiry, that the foregoing is true and correct as of this 16th day of November, 2010.


*/s/ Suzanne Ambrose*
SUZANNE AMBROSE

Sworn to and subscribed before me
on this        day of November, 2010.

_____
Notary Public:
Notary Public No.:
My commission expires:

Probe Resources US Ltd.
24 Waterway, Suite 1450
The Woodlands, TX 77380


US Bankruptcy Court
515 Rusk Avenue
Houston, TX 77002


Douglas S. Draper
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras St.
Suite 2500
New Orleans, LA 70130


United States Trustee, Southern
District of Texas, Houston Office
515 Rusk Street, Suite 3516
Houston, TX 77002


United States Attorney (Houston Office)
Southern District of Texas
P.O. Box 61129
Houston, TX 77208


IRS, Office of Chief Counsel
8701 South Gessner, Ste. 710
Houston, TX 77074-2944


U.S. Attorney (Houston Office)
Southern District of Texas
Bank One, 910 Travis
Suite 1500
Houston, TX 77002


IRS-Philadelphia
Insolvency Operations
P.O. Box 2116
Philadelphia, PA 19114-0326

0794889 Bc Ltd
4217 Rockridge Road
West Vancouver, BC V7W 1A3


ABRAHAM WEISS & MERYL WEISS JT TEN
2402 AVE J
BROOKLYN, NY 11210


Acadiana Production
Po Box 657
Abbeville, LA 70510


Accurate Measurement Controls
Po Box 3132
Lafayette, LA 70502


Accurate Nde & Inspection Llc
Po Box 81755
Lafayette, LA 70598-1755


Ace Transportation Llc
Po Box 975357
Dallas, TX 75397-5357


Acme Truck Line Inc
Msc-410683, PO Box 415000
Nashville, TN 37241-5000


Adams & Reese Llp
Dept 5208, P.O. Box 2153
Birmingham, AL 35287-5208

Afco
Dept 0809, P.O. Box 120001
Dallas, TX 75312-0809


Alicia Caldwell
131 Gruss
Houston, TX 77060


ALLAN RAY FRANKLIN
20896 OAK HOLLOW
MAGNOLIA, TX 77355


Amega West Services Llc
15439 Collections Center Dr
Chicago, IL 60693


Andre Broussard
24010 Hampton Oaks Dr
Spring, TX 77389


ANDRE J BROUSSARD
24010 HAMPTON OAKS DRIVE
SPRING, TX 77389


Appropriate Team Solutions
Po Box 740519
New Orleans, LA 70174-0519


Aries Marine Corporation
Po Drawer 51789
Lafayette, LA 70505

Atlantic Communications
1635 W Alabama
Houston, TX 77006-4196


Au Nguyen
1609 Drew St.
Houston, TX 77004


B E Quinn Iii
Po Box 163090
Austin, TX 78716


Bayou Welding Works Llc
5200 Curtis Lane
New Iberia, LA 70560


Bcm Production Services Llc
2418 Misty Wood St
Lake Charles, LA 70605


Bdo Canada Llp
600 - 925 West Georgia Street
Vancouver, BC V6C 3L2


BEECHWOOD VENTURES LLC
9 BEECHWOOD DR
LAWRENCE, NY 11559


Benton Energy Service Company
Po Box 3775
Houma, LA 70361

Black Warrior Wireline
Dept 2114, P.O. Box 122114
Dallas, TX 75312-2114


Blake Offshore
P. O. Box 6080
Metairie, LA 70009


Blue Cross Blue Shield Of Texas
Po Box 660049
Dallas, TX 75266-0049


Blue Ribbon Inc
1218 W Veterans Memorial Dr
Kaplan, LA 70548


BOEMRE
1201 Elmwood Park Blvd.
New Orleans, LA 70123-2394


BONITA S SELBY
46 E AMBERGLOW CIRCLE
THE WOODLANDS, TX 77381


Boyd's Bit Service Inc
P.O. Box 201300
Dallas, TX 75320-1300


Bp Energy
501 Westlake Park Blvd.
Houston, TX 77079

Bradley Culver
1240 73rd Ave. S. W.
Calgary, AB T2V OS1


Broadridge
P.O. Box 416423
Boston, MA 02241-6423


Broussard Brothers Inc
Po Box 1740
Abbeville, LA 70511-1740


Burstall Winger LLP
Suite 1600 Dome Tower, 333-7th Avenue S
Calgary, AB T2P 2Z1


C-Port / Stone Llc
Dept 211, P. O. Box 4869
Houston, TX 77210-4869


Cameron Parish Clerk Of Court
111 Smith Circle
Cameron, LA 70631


CANACCORD CAPITAL CORPORATION
BOX 10337 PACIFIC CENTRE
2200-609 GRANVILLE ST - VANCOUVER BC  V7


CDS & CO (NCI)
PO BOX 1038 STN A
25 THE ESPLANADE - TORONTO ON  M5W 1G5

CEDE & CO
PO BOX 222 - BOWLING GREEN STN
NEW YORK, NY 10274


CEDE & CO
PO BOX 20 - BOWLING GREEN STN
NEW YORK, NY 10274


Challenger Minerals Inc.
P.O. Box 201367
Dallas, TX 75320-1367


Champion Technologies Inc
Po Box 2243
Houston, TX 77252


Chet Morrison Contractors Inc
Po Box 3301
Houma, LA 70361


CHRIS S STEVENS
6103 OAK CREST CR
SPRING, TX 77379


Clean Gulf Associates
Po Box 277323
Atlanta, GA 30384-7323


CLIFTON CONSULTING
198 WHONOAK ROAD
WEST VANCOUVER BC  V7P 3R1

Coil Tubing Services
Po Box 1008
Broussard, LA 70518


Coldstream Energy Ltd.
40250 Township Road 250
Calgary, AB T3Z 2P6


Colour Time Printing & Digital Imaging L
150 - 1066 West Hastings St.
Vancouver, BC V6E 3X1


Comcast
Po Box 660618
Dallas, TX 75266-0618


Community Coffee Co Llc
Po Box 60141
New Orleans, LA 70160-0141


Compass Bank
Po Box 2210
Decatur, AL 35699


Competitive Management Systems Inc
16203 Park Row, Suite 125
Houston, TX 77084


Compton & Wendler Pc
909 Fannin St., Suite 3275
Houston, TX 77010

Computershare
100 University Ave, 11th Floor
Toronto, ON M5J 2Y1


Concentric Pipe & Tool Rental
Dept 2200, P.O. Box 122200
Dallas, TX 75312-2200


Corporation Service
P. O. Box 13397
Philadelphia, PA 19101-3397


Crain Brothers, Inc.
P. O. Box 8884
Lake Charles, LA 70606


Creel & Associates Inc
1400 Broadfield Blvd., Suite 325
Houston, TX 77084


Crystal Chiang
1910 - 668 Citadel Parade
Vancouver, BC V6B 1W6


Custom Automated Controls Inc
2019 Jefferson Terrace Blvd
New Iberia, LA 70560


CUTTER ENERGY LLC
ONE WATERWAY COURT LOFT5B
THE WOODLANDS, TX 77380

Cypress Acquisitions Ltd.
401-850 West Hastings Street
Vancouver, BC V6C 1E1


Dan Bomersbach
3819 Great Springs Court
Katy, TX 77494


DAVID WAYNE KENNEDY
702 KNOLLWOOD DRIVE
AUSTIN, TX 78746


Dental Select
Po Box 29661-2035
Phoenix, AZ 85038-9661


Des Balakrishnan
Royal Centre, P O Box 11117, 1055 W Geor
Vancouver, BC V6E 4N7


Discovery Producer Services
One Williams Center
Tulsa, OK 74172


DONALD FISHOFF
2402 AVE J
BROOKLYN, NY 11210


DOUGLAS J BROUSSARD
6001 WALDEN PLACE
MANDEVILLE, LA 70448

Dynamic Offshort Resources NS, LLC
1301 McKinney, Suite 900
Houston, TX 77010


Ecw Consultants Inc
19511 Country Lake Drive
Magnolia, TX 77355


El Paso E & P Company Lp
Po Box 200861
Houston, TX 77210


Employers  Resource
1349 Empire Central Dr. # 700
Dallas, TX 75247


Ene Consultants Llc
1246 Third St
Gibsland, LA 71028


Energy Cranes Llc
Po Box 845789
Boston, MA 02284-5789


Energy Partners Ltd
201 St. Charles, Suite 3400
New Orleans, LA 70170-3400


Energy Partners Ltd.
P. O. Box 973689
Dallas, TX 75397-3689

Energy Resource Technology Gom, Inc
Po Box 4346, Dept 354
Houston, TX 77210-4346


Engineering Corporation Of Louisiana
1605 W. Pinhook Road
Lafayette, LA 70508


Eps Logistics
Po Box 80644
Lafayette, LA 70598


EPSOM INVESTMENT SERVICES
MAIN STREET
CHARLESTOWN NEVIS


Era Helicopters Llc
Lock Box 3156, P O Box 8500 - 3156
Philadelphia, PA 19178-3156


Essi Corporation
200 Cummings Rd
Broussard, LA 70518


Evans Rentals Inc
Po Box 80397
Lafayette, LA 70598


Expeditors & Production Services Inc
Po Box 80644
Lafayette, LA 70598

Expro
738 Highway 6 South, Suite 1000
Houston, TX 77079-4041


Expro Americas Llc
Dept 2080, P O Box 122080
Dallas, TX 75312-2080


Fairfield Industries Inc
1111 Gillingham Lane
Sugar Land, TX 77478


FIONA F LANCASTER
250256 RGE RD 40
CALGARY AB  T3Z 2P6


Fire & Safety Specialists
Po Box 60639
Lafayette, LA 70596


Frank's Casing Crew
PO Box 51729
Lafayette, LA 70505


Frankel Resources Llc
5205 Pine
Bellarie, TX 77401


Fugro Chance Inc
Po Box 200724
Houston, TX 77216-0724

G B Consultants Intl (Gulf Coast) Lp
Po Box 670
Deer Park, TX 77536


Gator Tank Rentals Inc
Po Box 2898
Morgan City, LA 70381


Go Coil Llc
P.O. Box 849
Maurice, LA 70555


Goodwin Pearl Capital Lp
444 Adelaide Street West, Suite 200
Toronto, ON M5V 1S7


Gordon Arata Mccollam
201 St Charles Ave, 40th Floor
New Orleans, LA 70170-4000


Greene's Energy Group
Po Box 676263
Dallas, TX 75267-6263


Gregory Fedun
1500-1055 West Georgia Street
Vancouver, BC V6E 4N7


Grimes Energy
11 Greenway Plaza, Suite 2902
Houston, TX 77046

Gulf Island L.L.C.
P. O. Box 310
Houma, LA 70361-1310


Gulfstream Legal Group Llc
Po Box 4346, Dept 413
Houston, TX 77210-4346


GWEN PRIOR
RR#1 PO BOX 84
JELSEY BAY BC V0P 1RO - United Kingdom


Gwr Oil & Gas Llc
9 Greenway Plaza, Suite 700
Houston, TX 77046


Harold J. Anderson, Inc.
389 Hwy 21, Suite 402-A
Madisonville, LA 70447


Hb Rentals
Dept 2131, P. O. Box 122131
Dallas, TX 75312-2131


Hebert Abstract Company Inc
Po Drawer 1160
Cameron, LA 70631


Hercules Drilling Co
Dept 313, P O Box 4346
Houston, TX 77210-4346

Hot Shot Delivery Inc
Po Box 701189
Houston, TX 77270-1189


Hsa Bank
Po Box 939
Sheboygan, WI 53082-0939


Htk Consultants Inc
15425 North Fwy., Suite 180
Houston, TX 77090


Ice Systems, Inc.
P.O. Box 11126
Hauppauge, NY 11788


Instrumentation & Electrical Technologie
Po Box 386
Abbeville, LA 70511-0386


Intertek Usa Inc
Po Box 32849
Hartford, CT 06150-2849


IRENE PASHULKA
2708 36 ST
EDMONTON AB   T6L 3Y7


J Connor Consulting Inc
16225 Park Ten Place, Suite 700
Houston, TX 77084

JACQUIE HALLENBECK
25 SOUTH LANE
CHERRY HILLS VILLAGE, CO 80113


Jefferson County Clerk
P.O. Box 1151
Beaumont, TX 77704


JEREMY A FRANKLIN
9241 CHARLES STREET
LANTANA, TX 76226


JEX WOODS
BOX 1059 STATION A
VANCOUVER BC   V6C 2P1


John L Wortham & Son Lp
P.O. Box 203734
Houston, TX 77216-3734


JOHN ROBERT STEVENS
17706 FAIRWAY OAKS DR
SPRING, TX 77379


JUDITH A MACLACHLAN
365 - 58 AVENUE SW
CALGARY AB   T3E 5H8


JULIAN BRASS
71 ROBINWOOD TRAIL
THORNHILL ON   L4J 6K9

```
KASHMIR S JOHAL
4063 35TH AVE W
VANCOUVER BC  V6N 2P4



KENT FAGAN
PO BOX 1428
LAROSE, LA 70373



Kim Susan Llc
Po Box 1428
Larose, LA 70373



L & L Oil & Gas Services Llc
Po Box 201617
Dallas, TX 75320-1617



L SCOTT BROUSSARD
1 WATERWAY CT LOFT 5B
THE WOODLANDS, TX 77380



Laboratory Technology Inc
Po Box 64-0848
Kenner, LA 70064



Laborde Marine Management, Llc
601 Poydras Street, Suite 1725
New Orleans, LA 70130



Lafourche Parish Clerk Of Court
Thibodeaux, LA 70301
Thibodeaux, LA 70301
```

Lang Michener Llp
1500 Royal Centre, 1055 W. Georgia, P O
Vancouver, BC V6E 4N7


Lee Ann Souders
16110 Lafone Dr.
Spring, TX 77379


Legacy Offshore Llc
Po Box 1470
Broussard, LA 70518-1470


Lena Alvaro
2664 Walpole Crescent
North Vancouver, BC V7H 1K8


Lenders:


Leopard Energy And Trading, Inc.
2645 Bass Way
Cooper City, FL 33026


Lexco Data Systems Lp
Po Box 692372
Houston, TX 77269


Living Quarter Technology
17732 Highland Road, Suite G # 114
Baton Rouge, LA 70810

Loomis International
Po Box 41170
Houston, TX 77241-1170


Louisiana Valve Source,Inc
Po Box 2231
Lafayette, LA 70502


LUKA INVESTMENTS LTD - ATTN J STACHWELL
395 52ND ST
SOUTH DELTA BC  V4M 2Y5


LYNNE L HACKEDORN
2011 BLOSOVER STREET
HOUSTON, TX 77005


Mako Rentals Inc
Po Box 220
Bourg, LA 70343


Mariner Energy, Inc.
Dept. 877, P O Box 4346
Houston, TX 77210-4346


MARK D RYAN
4114 WOODBRIAR CR
SUGAR LAND, TX 77479


Mark G Dinges
1300 Post Oak Blvd, Suite 1110
Houston, TX 77056

Marketwire Lp
48 Yonge Street, 8th Floor
Tornoto, ON M5E 1G6


Mary Ann Mcclellan
3238 Colleville Sur Mer
Spring, TX 77388


MARY ANN MCCLELLAN
5438 PRINCETON
KATY, TX 77493


MARY R RAHMES
2629A WESTGATE
HOUSTON, TX 77098


MATT J MCCLELLAN
5005 LIDO
HOUSTON, TX 77092


Maxim Resources
Suite 888-888 Dunsmuir Street
Vancouver, BC V6E 4N7


Mcgriff Seibels & Williams Of Texas
Drawer 11407
Birmingham, AL 35246-0001


Mcmullin Family Partnership
4501 Merrie Lane
Bellaire, TX 77401

MERYL MAYBRUCH
144-32 68TH RD
FLUSHING, NY 11367

Michael E Aldredge
Po Box 459
Bellville, TX 77418

Microage
Po Box 2941
Phoenix, AZ 85062-2941

Midstream Fuel Service Llc
Po Box 3093
Houston, TX 77253-3093

Montco Offshore Inc
Po Box 850
Galliano, LA 70354

Morgan Tincher
1500-1055 Suite W. Georgia St.
Vancouver, BC V6E 4N7

Mt Pacific Financial Corp
702-889 West Pender St
Vancouver, BC V6C 3B2

NAPHTALI BOLLAG
ARLOSGROV 4
JERUSALEM 92423 - ISRAEL

National Oilwell Varco
Po Box 200838
Dallas, TX 75320-0838


National Registered Agents Inc
Po Box 927
West Windsor, NJ 08550-0927


Netherland Sewell & Associates Inc
4500 Thanksgiving Tower, 1601 Elm St.
Dallas, TX 75201


Newpark Drilling Fluids Llc
PO Box 83116
Baton Rouge, LA 70884-3116


Newpark Environmental Services Llc
Po Box 62600 Dept 1089
New Orleans, LA 70162-2600


O'briens Response Management
Box 2591, P O Box 8500
Philadelphia, PA 19178-2591


Oceaneering
P O Box 7247-8051
Philadelphia, PA 19170-8051


Ods Petrodata Inc
75 Remittance Dr., Suite 6572
Chicago, IL 60675-6572

Offshore Energy Services Inc
Po Box 53508
Lafayette, LA 70505


Offshore Marine Contractors, Inc
133 West 113th St
Cut Off, LA 70345


Offshore Rentals Ltd
P.O. Box 790
Beaumont, TX 77704-0790


Offshore Towing Inc
Po Box 1463
Larose, LA 70373


Oilfield Instrumentation Usa Inc
Po Box 51902
Lafayette, LA 70505-1902


P2 Energy Solutions Inc
Dept 2365
Dallas, TX 75312-2365


Panther Interstate Pipeline Energy Llc
14405 Walters Rd., Suite 960
Houston, TX 77014


PAUL A DIVEN
2307 GLENN LAKES
MISSOURI CITY, TX 77459

PAUL B SOUDERS
17810 MID OAK CT
SPRING, TX 77379


Paul Diven
10 Gull Rock
The Woodlands, TX 77389


PAULINE DAVIS
18239 DRUM HELLER
TOMBALL, TX 77377


Pdme Inc
1120 Toro Grande Dr., Suite 208
Cedar Park, TX 78613


Pentagon
P. O. Box 451403
Atlanta, GA 31145


Perf-O- Log Inc
Po Box 200050
Dallas, TX 75320-0050


Petrel Properties, Inc.
176-2906 W. Broadway
Vancouver, BC V6K 2G8


Petrodome Energy Llc
4203 Yoakum Blvd. Suite 200
Houston, TX 77006

Petroquip Energy Services Lp
Po Box 122142, Dept. 2142
Dallas, TX 75312-2142


Petroval Inc
2009 Huldy
Houston, TX 77019


Pitney Bowes
Po Box 371887
Pittsburgh, PA 15250-7887


Polaris E&E Services Inc
24 Waterway, Suite 740
The Woodlands, TX 77380


Premiere Global Services
Po Box 404351
Atlanta, GA 30384-4351


Production Control Services Inc.
3771 Eureka Way
Frederick, CO 80516


Production Hook-Up Service Inc
1631 Sawmill Hwy
Breaux Bridge, LA 70517


Professional Fluid Services, Llc
P.O. Box 80293
Lafayette, LA 70598-0293

Professional Wireline Rentals Inc
10169 North Cruse Ave
Broussard, LA 70518


Purchase Power
Po Box 856042
Louisville, KY 40285-6042


Pyramid Tubular Products Lp
Po Box 203929
Houston, TX 77216-3929


Quail Tools Lp
Po Box 10739
New Iberia, LA 70562-0739


Quality Energy Services Inc
Po Box 3190
Houma, LA 70361


Quality Oilfield Llc
Po Box 17170
Lake Charles, LA 70616


Quality Preheat & Pressure Washers
56620 Behrman St
Slidell, LA 70458


RABBI SOLOMON KLUGER SCHOOL
1428 36TH STREET SUITE 205
BROOKLYN, NY 11218

RALPH C MCINGVALE
19101 OIL CENTER BLVD
HOUSTON, TX 77073


Receiver General, Place Du Portage
Phase III, Core 11A2, 11 Laurier Street
Gatineau, QC K1A O55


Rem Solutions
16290 Katy Freeway, Suite 150
Houston, TX 77094


Republic Petroleum Llc
2425 West Loop South, Suite 200
Houston, TX 77027


Resource Transportation
Po Drawer 1229
Cameron, LA 70631


Richard Buski
Th #2 - 4900 Cartier Street
Vancouver, BC V6M 4H2


Rick Fitzgerald
5411 Mountain View Creek Court
Spring, TX 77379


RIVIE SCHWEBEL
1059 E 9TH ST
BROOKLYN, NY 11230

Rli Insurance Company
8 Greenway Plaza, Suite 400
Houston, TX 77046


ROBERT STEVENS
20715 SUNRISE POINT COURT
SPRING, TX 77379


Robertson Hastings Royalties, Llc
6043 Meadowcrest Dr
Dallas, TX 75230


ROGER B SOUDERS
16110 LAFONE DRIVE
SPRING, TX 77379


Roger Souders
16110 Lafone Dr
Spring, TX 77379


RONALD J STACK
6 - 4068 FOURTH AVENUE
WHITEHORSE YT  Y1A 4K8


Rooster Petroleum Llc
16285 Park Ten Place, Suite 120
Houston, TX 77084


ROSARIO SECURITIES LTD
PO BOX 30736
SEVEN MILES BEACH POST OFFICE Grand Caym

Royal Service & Rentals Inc
Dept At 952645
Atlanta, GA 31192-2645


RUSSELL N HARBISON
915 SAN MARINO
SUGAR LAND, TX 77478


SANDY R A C JOHNSTON
48 CEDAR CRESCENT
WHITEHORSE YT   Y1A 4P3


Scientific Drilling Int'l Inc
Po Box 200195
Houston, TX 77216-0195


Scomi Oiltools Inc
Po Box 973869
Dallas, TX 75397-3869


Scott Broussard
1 Waterway Ct., Loft 5B
The Woodlands, TX 77380


Seaboard Wellhead Inc
Po Box 3177
Houston, TX 77253-3177


Seal-Tite International
500 Deer Cross Dr
Madisonville, LA 70447

Seamar Divers International
13715 N Promenade Blvd
Stafford, TX 77477


Sempcheck
Po Box 273274
Houston, TX 77277-3274


Shamrock Management Llc
P.O. Box 4232
Houma, LA 70361


Sheila Hartley
7107 Revelwood
Magnolia, TX 77354


Shelby Engineering, Inc.
460 South Burnet
Baytown, TX 77520


Sky Sheave
301 Cutlass Loop
Rayne, LA 70573


Sonoco
Po Drawer 4319
Houma, LA 70361


Southern States Brokerage Inc
19101 Oil Center Blvd
Houston, TX 77073

SOUTHERN STATES OFFSHORE INC
19101 011 CENTER BLVD
HOUSTON, TX 77073


Sparrows Offshore Llc
Po Box 845789
Boston, MA 02284-5789


Spartan
Po Box 677343
Dallas, TX 75267-7343


Special Creditor  FASB #5


Spl
Po Box 842013
Dallas, TX 75284-2013


Standard Coffee Service
Po Box 1582
Trinity, TX 75862-1582


Stargel Office Solutions
4700 Blalock Road
Houston, TX 77041-9239


State Service Co Inc
P. O. Box 659506
San Antonio, TX 78265-9506

Stibbs & Co.
819 Crossbridge Drive
Spring, TX 77373


Surface Systems
P. O. Box 730491
Dallas, TX 75373-0491


SUSANA KASZIRER
1965 BROADWAY STE 30E
NEW YORK, NY 10023


Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096


T F Services Llc
4166 Leger Rd
Crowley, LA 70526


Talens Marine
Po Box 1040
Lake Arthur, LA 70549


TAMARA A MELLEN
20034 HILLTOP RANCH DRIVE
MONTGOMERY, TX 77316


Tanmar Communications Llc
Po Box 551
Eunice, LA 70535

Tanmar Rentals Llc
Po Box 1376
Eunice, LA 70535


Technical Engineering Consultants Llc
401 Whitney Ave., Suite 600
Gretna, LA 70056


Telvent
Po Box 3546
Omaha, NE 68103-0546


Terrebonne Parish Clerk Of Court
P.O. Box 1569
Houma, LA 70361-1569


TERRY W & JAN H GREEN TEN COM
4019 SAND MYRTLE DR
HOUSTON, TX 77059


Tetra Technologies Inc
Po Box 841185
Dallas, TX 75284-1185


Texas Eastern Transmission, Lp
5400 Westheimer Court, Suite WO 5H20
Houston, TX 77056


Texas Standard Oil & Gas
6575 West Loop South, Ste 455
Bellaire, TX 77401

Texas State Securities Board
208 East 10thst 5th Floor
Austin, TX 78701


Tgs-Nopec Geophysical Co
Po Box 973938
Dallas, TX 75397-3938


The Hartford
Po Box 2907
Hartford, CT 06104-2907


The K2 Principal Fund, L. P.
444 Adelaide Street West, Suite 200
Toronto, ON M3V 1S7


The K2 Principal Fund, L. P.; K2 Genpar
444 Adelaide Street West, Suite 200
Toronto, ON M3V 1S7


Thomas Energy Services Inc
Po Box 200701
Dallas, TX 75320-0701


Tiger Offshore; Offshore Rentals Ltd.
P. O. Box 790
Beaumont, TX 77704-0790


Transcontinental Gas Pipe Line
Po Box 201371
Houston, TX 77216-1371

Trend Group, Incorporated
54 Rainey, # 101
Austin, TX 78701


TREVOR D MENDEZ
6380 AZURE RD
RICHMOND BC  V7C 2R7


Trussco
2388 Momentum Place
Chicago, IL 60689-5323


Tsx Venture Exchange
P. O. Box 11633, #2700, 650 West Georgia
Vancouver, BC V6B 4N9


Tuboscope
Po Box 201177
Dallas, TX 75320-1177


Tw Telecom
Po Box 172567
Denver, CO 80217-2567


Unlimited Supply Inc
115 Nova Dr
Broussard, LA 70518


Unocal Corporation
14141 North Fwy. # 950
Houston, TX 77090

Upstream Engineering Llc
1505 Hwy 6 South, Suite 280
Houston, TX 77077


VAN T MCNEIL
11406 ANGELLE LANE
ABBEVILLE, LA 70510


Varo Capital Corporation
1340 Inglewood Avenue
West Vancouver, BC V7T 1Y9


Venture Transport Logistics Llc
Po Box 974167
Dallas, TX 75397-4167


Vermilion Parish Clerk Of Court
100 N State St, Suite 101
Abbeville, LA 70510


Vesco
Po Box 11612
New Iberia, LA 70562


Waste Auditors Inc
Po Box 53391
Lafayette, LA 70505-3391


Wavemedia Inc
4747 Research Forest Dr., Suite 180-216
The Woodlands, TX 77381

Wellbore Energy Services Llc
Po Box 51325
Lafayette, LA 70505


Western Geco
16676 Northchase Dr., Suite 150
Houston, TX 77060


Wilkens Weather Technologies Lp
P.O. Box 42584
Houston, TX 77242-2584


William Boyd
2101 Louisiana
Houston, TX 77002


WILLIAM N YOUNG III
15618 AZALEA SHORES DRIVE
HOUSTON, TX 77070


William Young Iii
15618 Azalea Shores Dr
Houston, TX 77070


Williams Field Services
One Williams Center
Tulsa, OK 74172


Willsource Enterprise Llc
730 17th St. Suite 340
Denver, CO 80202

YEHUDA ZAVDI
1489 REXFORD DR
LOS ANGELES, CA 90035