IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Case No.** |
| | : | **10-40395** |
| **Probe Resources US Ltd.**[1] | : | |
|     24 Waterway, Suite 1450 | : | |
|     The Woodlands, TX 77380 | : | |
|     Tax ID #: 26-xxx0456 | : | **(Joint Administration)** |
| | : | |
|     **Debtor** | : | |
| | : | |

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Probe Resources, Ltd.**[2] | : | **Case No. 10-41286** |
|     24 Waterway, Suite 1450 | : | |
|     The Woodlands, TX 77380 | : | |
| | : | |
|     Tax ID #:xxxxxxxxx xx0001 | : | |
|     (Canadian Revenue Agency) | : | |
| **Debtor** | : | **(Joint Administration Requested)** |
| | : | |

**AGENDA FOR HEARING**
**DECEMBER 21, AT 3:00 P.M.**

Probe Resources US Ltd., Probe ST 214 Ltd., Probe High Island 115 Ltd., and Probe Resources Energy Marketing US Ltd., together with Probe Resources, Ltd. as debtors and debtors-in-possession (referred to herein as the "Debtor" or collectively, the "Debtors"); file this Agenda for the December 21, 2010 hearing at 3:00 p.m.:

---

[1]     Probe Resources Energy Marketing US Ltd., Probe High Island 115 Ltd., and Probe ST 214 Ltd. have moved for their bankruptcy cases to be jointly administered with Probe Resources US Ltd.
[2] Certain affiliated Debtors have filed for relief as follows: Probe TResources US Ltd. (10-40395), Probe ST 214 Ltd. (10-40396), Probe High Island 115 Ltd. (10-40397), and Probe Resources Energy Marketing US Ltd. (10-40398).

{00311671-1}

TO BE HEARD ON DECEMBER 21, 2010:

1. [Doc. # 4 – Probe Resources, Ltd.]

    Motion for Order Under Fed. R. Bankr. P. 1015(b), Directing Joint Administration and Other Relief

    Uncontested Matter

    Estimated time:     10 minutes

    Comments: Proposed order submitted – see Doc. # 5 – Probe Resources, Ltd.

2. [Doc. # 96 – Probe Resources US Ltd] [Doc. # 13 – Probe Resources, Ltd.]

    Motion for Expedited Hearing on Motion to Approve Plan Support Agreement

    Uncontested Matter

    Estimated time:     15 minutes

    Comments: To set hearing date, proposed order submitted – see Doc. # 96.  Motion to Approve Plan Support Agreement – see Doc. #95.

3. Request to set hearing dates for: (i) Disclosure Statement and Plan Confirmation prior to January 31, 2011.

4. [Doc. # 99]

    Motion for Expedited Hearing on Debtors' Motion for Authority to Pay in the Ordinary Course Undisputed Prepetition Royalties Owing to the MMS Under Oil & Gas Leases

    Uncontested Matter

    Estimated time:     10 minutes

    Comments – to set hearing date as January 13, 2011 at 2:00 p.m., proposed order submitted – see Doc. # 99.  Debtors' Motion for Authority to Pay in the Ordinary Course Undisputed Prepetition Royalties Owing to the MMS Under Oil & Gas Leases – see Doc. #98.

{00311671-1}                                    2

5. [Doc. # ]

   Motion for Expedited Hearing on Motion for Authority to Pay Undisputed Prepetition Co-Owner and Overriding Royalty Obligations Under Joint Operating Agreements and Conveyance Documents

   Uncontested Matter

   Estimated time:      10 minutes

   Comments to set hearing date as January 13, 2011 at 2:00 p.m., proposed order submitted - see Doc. # . Motion for Authority to Pay Undisputed Prepetition Co-Owner and Overriding Royalty Obligations Under Joint Operating Agreements and Conveyance Documents – see Doc. # .

MATTERS TO BE CONTINUED TO JANUARY 13, 2011 AT 2:00 P.M.:

1. [Doc. # 41]

   Title:  Motion For Order Authorizing the Debtors to (I) Enter into Post-Petition Financing and Obtain Post-Petition Financing; and Emergency Motion (II) Authorizing the Use of Cash Collateral; (III) Granting Security Interest and Superpriority Claims; (IV) Granting Adequate Protection; (V) Modifying Automatic Stay; and (VI) Scheduling a Final Hearing on the Motion;

   Objections:

   Rooster Petroleum LLC's Objection to Amended Agreed Interim Order Authorizing Use of Cash Collateral, Granting Adequate Protection and Scheduling a Final Hearing on the Motion [Doc. # 89];

   Limited and Conditional Objection of the K2 Principal Fund, L.P. to the Debtors' Use of Cash Collateral on a Final Basis [Doc. # 90];

   Objection to Newpark Drilling Fluids, LLC, Newpark Environmental Services, LLC,, Tetra Completion Services, LLC and Tetra Production Services, LLC to the Amended Agreed Interim Order Authorizing Use of Cash Collateral, Granting Adequate Protection and Scheduling a Final Hearing on the Motion [Doc. # 92].

   Estimated time:  Hearing is continued until January 13, 2011 at 2:00 p.m.

   Comments:  Interim Order executed – see Doc. # 71; proposed order extending the use of interim cash collateral through January 18, 2011 – see Doc. # 83.

{00311671-1}                                    3

2.     Doc. # 8 and Doc. # 19

   Title - Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Suzanne Ambrose and Ambrose Consulting, LLC as Financial Advisor on an Interim Basis and Setting Final Hearing; [Doc. # 8]; and Amended Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Suzanne Ambrose and Ambrose Consulting, LLC as Financial Advisor on an Interim Basis and Setting Final Hearing;

   Estimated time:  Hearing is continued until January 13, 2011 at 2:00 p.m.

   Comments:  proposed order submitted – see Doc. # 97, interim employment continued to final hearing date.

3.     Doc. # 26

   Title - Application by Debtors for Entry of an Order Authorizing the Employment and Retention of Douglas S. Draper and the Law Firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C.  as Counsel for the Debtors Pursuant to 11 U.S.C. § 327(A) and Fed. R. Bankr. P. 2014, *Nunc Pro Tunc*, to the Petition Date;

   Estimated time:  Hearing is continued until January 13, 2011 at 2:00 p.m.

   Comments:  proposed order submitted – see Doc. # 26

4.     Doc. # 27

   Title – Motion for Authority to Employ and Retain Energy Spectrum Advisors, Inc. to Provide Restructuring Management Services to the Debtors;

   Estimated time:  Hearing is continued until January 13, 2011 at 2:00 p.m.

5.     Doc. #21

   Title - Motion for Interim and Final Orders:  (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Services To, or Discriminating Against, the Debtors on Account of Prepetition Amounts Due; (B) Determining that the Utilities are Adequately Assured of Future Payment; (C) Establishing Procedures for Determining Requests for Additional Assurance; and (D) Permitting Utility Companies to Opt Out of the Procedures Established Herein;

   Uncontested Matter

   Estimated time:  Final Hearing is continued until January 13, 2011 at 2:00 p.m.

   Comments:  Interim order executed – see Doc. # 64.

This Agenda is submitted regarding the hearings scheduled for DECEMBER 21, 2010 at 3:00 p.m. at the United States Bankruptcy Court, Bob Casey United States Court House, 515 Rusk Street, Courtroom 403 – 4th Floor, Houston, Texas 77002 before the Honorable Karen K. Brown.  A copy of the Motions are on file with the Court and may be viewed there during normal business hours.

Respectfully submitted this 20TH day of December 2010.

        /s/ Douglas S. Draper
Douglas S. Draper (Fed Bar Id # 33078)
William H. Patrick, III (LA Bar No. 10359)
Leslie A. Collins (LA Bar No. 14891)
**Heller, Draper, Hayden, Patrick & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: wpatrick@hellerdraper.com
E-mail: lcollins@hellerdraper.com
*Attorneys for the Debtors and*
*Debtors-in-Possession*