

ENTERED
12/22/2010

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Probe Resources, Ltd.**[1] | : | **Case No. 10-41286** |
|     **24 Waterway, Suite 1450** | : | |
|     **The Woodlands, TX 77380** | : | |
| | : | |
|     **Tax ID #:xxxxxxxxx xx0001** | : | |
|     **(Canadian Revenue Agency)** | : | |
| **Debtor** | : | **(Joint Administration Requested)** |
| | : | |

## ORDER UNDER FED. R. BANKR. P. 1015(b) DIRECTING
## JOINT ADMINISTRATION OF CHAPTER 11 CASES

On the motion for joint administration of these cases under Bankruptcy Rule 1015, the

Court orders that the above referenced cases are jointly administered. Additionally, the

following checked items are ordered:

---

[1] Certain affiliated Debtors have filed for relief as follows: Probe Resources US Ltd. (10-40395), Probe ST 214 Ltd. (10-40396), Probe High Island 115 Ltd. (10-40397), and Probe Resources Energy Marketing US Ltd. (10-40398).

1. _____ One disclosure statement and plan of reorganization may be filed for both cases by any plan proponent.

2. _____ Case No. _____ (higher case number) shall be transferred to Judge _____, who has the lower numbered case.

3. _____ Parties may request joint hearings on matters pending in any of the jointly administered cases.

4. _____ Other: The orders entered in connection with the matters identified in paragraph 5 of the motion, or that will be entered in connection with said matters, be applied to the Debtor also as the relief provided for therein should be consistent for all of the subsidiaries of Probe Resources US Ltd., Bankruptcy Case No. 10-40395.

*5. Separate Proofs of Claim Docket for each*

Only the lines checked are ordered.

Dated: *12-21-10*

United States Bankruptcy Judge