IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| PROBE RESOURCES US LTD. et al., § | CASE NO. 10-40395 |
| § | |
| Debtors. § | JOINTLY ADMINISTERED |
| § | (Chapter 11) |
| § | |
| § | |

**SUPPLEMENT TO JOINT DISCLOSURE STATEMENT, SECTION 8.9(g)**

(vi)  The Debtors may possess claims against GWR Oil & Gas, Willsource Enterprise LLC, Michael E. Aldredge, Be Quinn III, and Robertson Hastings Royalties LLC (collectively, the "4% Interest Holders") incident to the acquisition of a .04% working interest in E.C. 36. To the extent such entities are found not to possess a working interest, all payments made to such entities within two years may be voidable. The 4% Interest Holders allege, among other things, that they are entitled to the disputed interest or if the interest is avoided the 4% Interest Holders would be entitled to a lien on the disputed interest to secure the amount paid. The Plan shall not cut off or effect a release of any liens, rights or interests that may arise under the Bankruptcy Code on account of the avoided interest except to the extent the lien is terminable under 11 U.S.C. § 506. To the extent the Court determines that the disputed 4% Interest Holders' claims are property of the 4% Interest Holders, the production revenues attributable to that interest shall not be property of the estate and shall be paid to the 4% Interest Holders.

(vii)  The Debtors may possess claims against Grimes Energy Company ("GEC") and Texas Standard Oil & Gas L.P. ("TS") arising out of the transfer of an overriding royalty interest on the basis of either insufficient consideration or the transfer was not perfected. The Plan will also not impact any rights pursuant to 11 U.S.C. § 550 possessed by GEC and TS.

March 1, 2011.

                                              */s/Douglas S. Draper*
                                              Douglas S. Draper (Fed Bar Id # 33078)
                                              William H. Patrick, III (LA Bar No. 10359)
                                              Leslie A. Collins (LA Bar No. 14891)

{00313916-1}

        **Heller, Draper, Hayden, Patrick & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
E-mail: ddraper@hellerdraper.com
E-mail: wpatrick@hellerdraper.com
E-mail: lcollins@hellerdraper.com
*Attorneys for the Debtors and*
*Debtors-in-Possession*